**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN BELL,

               Plaintiff,

     v.

CITY OF REDONDO BEACH,

               Defendant.

No. 2:25-CV-9421 MCS (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court has considered Plaintiff's January 19, 2026, Objection to the Report and Recommendation.  The Court has also conducted a de novo review of those portions of the Report and Recommendation to which Plaintiff objected.  Having conducted a de novo review, Plaintiff's January 19, 2026, Objection does not cause this Court to alter or modify the Report and Recommendation.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motion to Dismiss (Doc. No. 15) is GRANTED, without leave to amend; (2) Plaintiff's Complaint is DISMISSED WITH PREJUDICE, and (3) Judgment in accordance with this Order will be entered on a separate form concurrently herewith.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

IT IS SO ORDERED.

DATED: February 3, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE