**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN BELL,

        Plaintiff,

    v.

CITY OF REDONDO BEACH,

        Defendant.

No. 2:25-CV-9421 MCS (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice.  Plaintiff shall take nothing from this action.

IT IS SO ORDERED.

DATED: February 3, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE